# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BARBARA J. JACKSON**                                                      **PLAINTIFF**

**v.**                            **4:08-CV-04234-WRW**

**UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES**        **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Dismiss (Doc. No. 13). After filing her *pro se* Complaint, Plaintiff was appointed counsel.[1] In her Response to Defendant's motion, Plaintiff contends she should be allowed to amend her Complaint to name the proper party Defendant to the lawsuit.[2]

For good cause shown, Plaintiff may amend her Complaint without seeking further leave of the Court. Accordingly, Defendant's Motion to Dismiss is DENIED without prejudice at this time. Plaintiff is directed to file her Amended Complaint by 5:00 p.m. on Thursday, March 5, 2009.

IT IS SO ORDERED this 19th day of February, 2009.

                                                   /s/ Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 12.

[2] Doc. No. 15.