IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BARBARA J. JACKSON                                                                              PLAINTIFF

vs.                                         4:08CV04234-WRW

BOARD OF TRUSTEES OF THE UNIVERSITY
OF ARKANSAS; et al                                                                           DEFENDANTS

ORDER

Pending before this Court is the Application for Reimbursement of Out-of-Pocket Expenses (doc #33) filed by Dennis J. Davis, counsel appointed for the Plaintiff, Barbara J. Jackson. Having considered the Motion pursuant to the guidelines and policies of the Out-of-Pocket Expenses Fund, the Court orders the Clerk of the Court to distribute to appointed counsel, Dennis J. Davis, the total amount of Forty-one and 31/100 dollars ($41.31) from the Fund.

A copy of this Order, together with the Motion and attachments, shall be placed in the Out-of-Pocket Fund file maintained by the Clerk of the Court and paid in full.

IT IS SO ORDERED this 18th day of May, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ordoutofpocketexp.wpd