## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BARBARA J. JACKSON**                                                              **PLAINTIFF**

**v.**                                **CASE NO. 4:08cv04234 BSM**

**UNIVERSITY OF ARKANSAS BOARD**
**OF TRUSTEES, et al.**                                                             **DEFENDANT**

### ORDER

Defendants filed their motion to compel discovery responses on October 26, 2009, stating that they sent their first set of interrogatories and requests for production of documents to plaintiff Barbara J. Jackson on August 18, 2009. On September 29, 2009, defendants sent Jackson a letter indicating that they had not yet received her responses, and requesting that her responses be received by October 9, 2009. Defense counsel spoke with Jackson by telephone on October 7, 2009. Jackson indicated that although she received the September 29, 2009 letter, she never received the interrogatories and requests for production, or any other pleadings related to the case. On October 9, 2009, defendants again provided Jackson with the interrogatories and requests for production. As of the date of the motion, Jackson had not responded to the discovery. Jackson's response to the motion to compel was due on November 9, 2009. To date, Jackson has not responded to the motion.

For good cause shown, the motion is granted. Jackson is directed to provide responses to the outstanding discovery on or before December 17, 2009. Jackson is cautioned that this court prefers not to get involved in discovery disputes and that when it has to do so, it routinely brings down the hammer on parties who fail to comply with the discovery rules.

Indeed, failing to timely comply with this order will have serious consequences, including the possibility that this case will be dismissed for failure to prosecute, which may ultimately bar Jackson's claims due to Title VII statute of limitations issues.

Jackson is hereby notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to: (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Moreover, Jackson should be aware that the rule further provides that the failure of a *pro se* plaintiff to respond to any communication from the court within thirty (30) days may result in dismissal of the plaintiff's case. Finally, any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be obtained from the District Clerk for the Eastern District of Arkansas. The Federal Rules of Civil Procedure are available in many libraries (including this court's 2nd floor library, Room 216) and bookstores.

Accordingly, defendants' motion to compel (Doc. No. 41) is granted. Jackson is directed to provide responses to the outstanding discovery on or before December 17, 2009.

IT IS SO ORDERED THIS 3rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE