UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**BARBARA J. JACKSON**                                                   **PLAINTIFF**

**v.**                     **CASE NO. 4:08-CV-04234 BSM**

**UNIVERSITY OF ARKANSAS**
**BOARD OF TRUSTEES, et al.**                              **DEFENDANTS**

## ORDER

Before the court is plaintiff's motion for voluntary dismissal. Defendants do not object. Plaintiff's motion is granted, and her claims are dismissed without prejudice.

Accordingly, plaintiff's motion for voluntary dismissal (Doc. No. 45) is granted. Plaintiff's claims are dismissed without prejudice.

IT IS SO ORDERED this 18th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE